**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Action No. 12-cv-01243-REB-MEH

LINDA ORRICK,

      Plaintiff,

v.

TEK-COLLECT, INC., an Ohio corporation,

      Defendant.

---

**ORDER OF DISMISSAL**

---

**Blackburn, J.**

      The matter is before the court on the **Notice of Dismissal With Prejudice** [#12][1] filed

August 8, 2012.  After reviewing the notice and the record, I conclude that the notice should be

approved and that this action should be dismissed with prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Notice of Dismissal With Prejudice** [#12] filed August 8, 2012, is

**APPROVED**;

      2.  That any pending motion is **DENIED** as moot; and

      3.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own

attorney fees and costs.

      Dated August 8, 2012, at Denver, Colorado.

      **BY THE COURT:**

Robert E. Blackburn
United States District Judge

---

[1] "[#12]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.